UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JAMES ASKEW #293940, | Case No. 1:06-cv-708 |
| Petitioner, | HONORABLE PAUL L. MALONEY |
| v. | Magistrate Judge Ellen S. Carmody |
| THOMAS G. PHILLIPS, | |
| Respondent. | |

## **JUDGMENT**

Final judgment is hereby entered in favor of the respondent and against the petitioner.

**IT IS SO ORDERED this 13th day of July 2010.**

                                            /s/ Paul L. Maloney
                                            Honorable Paul L. Maloney
                                            Chief United States District Judge