UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES ASKEW,

        Petitioner,

                              Case No. 1:06-cv-708

v.

                              HONORABLE PAUL L. MALONEY

THOMAS PHILLIPS,

        Respondent,

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

        The Court has reviewed the Report and Recommendation (ECF No. 111) filed by United States Magistrate Judge Ellen S. Carmody in this action.  The Report and Recommendation was duly served on the parties.  No objections have been filed.

        ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

        **THEREFORE, IT IS ORDERED** that the habeas corpus petition is **DENIED** for the reasons stated in the Report and Recommendation.

        **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED.**

        **This action is terminated.**

Date:  August 14, 2014                    _/s/ Paul L. Maloney_____
                                   Paul L. Maloney
                                   Chief United States District