UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES ASKEW,

        Petitioner,

                                               Case No. 1:06-cv-708

v.

                                               HONORABLE PAUL L. MALONEY

THOMAS PHILLIPS,

        Respondent,
_____/

**JUDGMENT**

Having issued an order adopting a report and recommendation and denying the petition for writ of habeas corpus, pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor of respondent and against the petitioner. A notice of appeal must ordinarily be filed within 30 days from the entry of this judgment under FED. R. APP. P. 4(a).


Date:  August 14, 2014                              /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                             Chief United States District